IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THOMAS L. DUNN                                                                                  PLAINTIFF

VS.                                              CASE NO. 09-CV-4115

ALLEN J. WENCHELL and
SHERRY WENCHELL                                                                        DEFENDANTS

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Motion to Dismiss without Prejudice.  (Doc. No. 24).

Upon consideration, the Court finds that the motion should be and hereby is **granted**.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), the above styled and numbered case is hereby

dismissed without prejudice.

IT IS SO ORDERED, this 12th day of April, 2010.

      /s/Harry F. Barnes
    Hon. Harry F. Barnes
    United States District Judge